UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

| | |
|---|---|
| DOUG CONLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 2:17-cv-00056 |
| | ) CHIEF JUDGE CRENSHAW |
| COMMISSIONER, SOCIAL | ) |
| SECURITY ADMINISTRATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Pending before the Court is a Report and Recommendation (Doc. No. 17) in which the Magistrate Judge recommends granting the Plaintiff's Motion for Judgment on the Pleadings and Administrative Record (Doc. No. 14) and remanding the decision of the Commissioner. No objection has been filed by the Government. The Court has carefully reviewed the Report and Recommendation and agrees with the Magistrate Judge's analysis. Specifically, it is necessary to further develop the record regarding (1) the ALJ's consideration of, and the weight accorded to, Dr. Cruz's medical opinion, and (2) the ALJ's consideration of the evidence related to Plaintiff's cardiac conditions. Accordingly, the Report and Recommendation (Doc. No. 17) is **APPROVED AND ADOPTED**; the Motion for Judgment on the Administrative Record (Doc. No. 14) is **GRANTED;** and the final decision of the Commissioner is **REMANDED** for further consideration as contemplated in the Report and Recommendation.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE